Joseph A. Creitz, Cal. Bar No. 169552
LAW OFFICE OF JOSEPH A. CREITZ, P.C.
22 Battery Street, Suite 1000
San Francisco, CA 94111
Email: joseph.creitz@gmail.com
Telephone: (415) 269-3675
Facsimile: (415) 513-4775

Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ORAS KATRINA JAZRAWI**,<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**CITIBANK SOUTH DAKOTA, N.A.**, a Delaware Corporation and National Banking Association;<br>**RECEIVABLE ACQUISITION & MANAGEMENT CORPORATION**, a Delaware corporation;<br>**PATENAUDE & FELIX, P.C.**, a California Professional Corporation; **GLASS MOUNTAIN CAPITAL, LLC**, a Delaware Limited Liability Company, and<br>**NELSON & KENNARD**, a California business entity of unknown form.<br><br>    **Defendants.** | **Case No. CV-08-01865 JCS**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br><br>**and**<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

2      The undersigned party hereby declines to consent to the assignment of this case to a
3  United States Magistrate Judge for trial and disposition and hereby requests the reassignment
4  of this case to a United States District Judge.

5  DATED: April 13, 2008.

                                                        LAW OFFICE OF JOSEPH A. CREITZ, P.C.

                                         /s Joseph A. Creitz
                                          Joseph A. Creitz
                                          Counsel for Plaintiff

ORAS JAZRAWI v. CITIBANK, et al.,
Declination to Proceed Before Magistrate                                                   2