1  Joseph A. Creitz, Cal. Bar No. 169552
2  LAW OFFICE OF JOSEPH A. CREITZ, P.C.
   22 Battery Street, Suite 1000
3  San Francisco, CA 94111
   Email: joseph.creitz@gmail.com
4  Telephone: (415) 269-3675
5  Facsimile: (415) 513-4775

6  Attorney for the Plaintiff

7
               IN THE UNITED STATES DISTRICT COURT
8
           FOR THE NORTER DISTRICT OF CALIFORNIA
9

10 **ORAS KATRINA JAZRAWI**,
                                    Case No. C-08-01865 MHP
11      **Plaintiff**,

12      vs.
                                    **REQUEST FOR DISMISSAL OF
13                                  PARTICULAR PARTIES
   **CITIBANK SOUTH DAKOTA, N.A.**, a  WITHOUT PREJUDICE**
14 Delaware Corporation and National   [Fed. R. Civ. P. 41(a)(1)(A)(i)]
   Banking Association;
15 **RECEIVABLE ACQUISITION &
16 MANAGEMENT CORPORATION**,
   a Delaware corporation;
17 **PATENAUDE & FELIX, P.C.**, a
18 California Professional Corporation;
   **GLASS MOUNTAIN CAPITAL, LLC**,
19 a Delaware Limited Liability Company,
20 and
   **NELSON & KENNARD**, a California
21 business entity of unknown form.

22      **Defendants.**

23
24
25
26
27
28

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Oras Katrina Jazrawi, hereby requests the dismissal without prejudice of all claims and causes of action as to the following three Defendants only:

    (1)  CITIBANK SOUTH DAKOTA, N.A

    (2)  RECEIVABLE ACQUISITION & MANAGEMENT CORPORATION

    (3) PATENAUDE & FELIX, P.C.

DATED this 2nd day of May, 2008.

                                          Respectfully submitted,
                                          LAW OFFICE OF JOSEPH A. CREITZ, P.C.

                                          /s/ Joseph A. Creitz
                                          Joseph A. Creitz
                                          Attorney for Plaintiff