1  Joseph A. Creitz, Cal. Bar No. 169552
2  LAW OFFICE OF JOSEPH A. CREITZ, P.C.
   22 Battery Street, Suite 1000
3  San Francisco, CA 94111
   Email: joseph.creitz@gmail.com
4  Telephone: (415) 269-3675
5  Facsimile: (415) 513-4775

6  Attorney for the Plaintiff

7
              IN THE UNITED STATES DISTRICT COURT
8
          FOR THE NORTHER DISTRICT OF CALIFORNIA
9

10  **ORAS KATRINA JAZRAWI**,
                                    **Case No. C-08-01865 MHP**
11         **Plaintiff,**

12      vs.
                                    **REQUEST FOR DISMISSAL OF**
13                                  **PARTICULAR PARTIES**
    **CITIBANK SOUTH DAKOTA, N.A.**, a **WITHOUT PREJUDICE**
14  Delaware Corporation and National  **[Fed. R. Civ. P. 41(a)(1)(A)(i)]**
    Banking Association;
15  **RECEIVABLE ACQUISITION &**
16  **MANAGEMENT CORPORATION**,
    a Delaware corporation;
17  **PATENAUDE & FELIX, P.C.**, a
    California Professional Corporation;
18  **GLASS MOUNTAIN CAPITAL, LLC**,
19  a Delaware Limited Liability Company,
    and
20  **NELSON & KENNARD**, a California
21  business entity of unknown form.

22         **Defendants.**

23
24
25
26
27
28

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Oras
2  Katrina Jazrawi, hereby requests the dismissal without prejudice of all claims
3  and causes of action as to the following three Defendants only:
4      (1)  CITIBANK SOUTH DAKOTA, N.A
5      (2)  RECEIVABLE ACQUISITION & MANAGEMENT
6          CORPORATION
7      (3) PATENAUDE & FELIX, P.C.
8  DATED this 2nd day of May, 2008.

Respectfully submitted,
LAW OFFICE OF JOSEPH A. CREITZ, P.C.

/s/ Joseph A. Creitz
Joseph A. Creitz
Attorney for Plaintiff

5/5/2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Marilyn H. Patel