1  Joseph A. Creitz, Cal. Bar No. 169552
2  LAW OFFICE OF JOSEPH A. CREITZ, P.C.
   22 Battery Street, Suite 1000
3  San Francisco, CA 94111
   Email: joseph.creitz@gmail.com
4  Telephone: (415) 269-3675
5  Facsimile: (415) 513-4775

6  Attorney for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ORAS KATRINA JAZRAWI**, | **Case No. 08-CV-01865 MHP** |
| Plaintiff, | **REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE, AND NOTICE OF PENDING SETTLEMENT** |
| vs. | |
| **GLASS MOUNTAIN CAPITAL, LLC**, a Delaware Limited Liability Company, and **NELSON & KENNARD**, a California business entity of unknown form. | Current CMC date: July 28, 2008 |
| Defendants. | Time:                 4:00 p.m. |

Plaintiff Oras Jazrawi, by and through her counsel, hereby submits the following Request to Continue the Initial Case Management Conference, and gives notice to the Court of pending settlement of the matter. All Defendants in the case have been served, but have not yet appeared.

The Initial Case Management Conference in the instant action is currently set for July 28, 2008, at 4:00 p.m. Today, July 18, 2008, is the last date for the parties to file their Joint Case Management Conference Statement.

On Monday July 14, 2008, the parties reached a tentative agreement to settle all claims and disputes between them. It was hoped that the settlement

1  could be executed prior to the due date of the Case Management Conference
2  Statement.  However, the parties need additional time to finalize the
3  documentation of said settlement.
4       For these reasons, Plaintiff respectfully requests a 30-day continuance of
5  the case management conference in order that the settlement can be finalized
6  and the matter dismissed.
7       DATED this 18th day of July, 2008.

               Respectfully submitted,
               LAW OFFICE OF JOSEPH A. CREITZ, P.C.

               /s/ Joseph A. Creitz
               Joseph A. Creitz
               Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, Joseph A. Creitz, hereby declare as follows:

I am an attorney duly admitted to practice before this court, I am over 18 years of age, and I am not a party to the above captioned action. I have personal knowledge of the facts set forth herein, and can and will testify competently thereto if called upon to do so.

On July 18, I served the following document(s):

REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE, AND NOTICE OF PENDING SETTLEMENT

[proposed] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

by mail by placing same in a sealed envelope addressed to bearing sufficient postage and delivering it into the custody of the United States Postal Service addressed as follows:

        Scott Kennard
        Nelson & Kennard
        2180 Harvard Street, Ste. 160
        Sacramento, CA 95815-3314

        Counsel for Defendants

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 18, 2008, at San Francisco, California.

          /s/ Joseph A. Creitz
        Joseph A. Creitz

1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ORAS KATRINA JAZRAWI**, | Case No. 08-CV-01865 MHP |
| Plaintiff, | |
| vs. | **[proposed] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| **GLASS MOUNTAIN CAPITAL, LLC**, a Delaware Limited Liability Company, and **NELSON & KENNARD**, a California business entity of unknown form. | |
| **Defendants.** | |

Pursuant to the request of Plaintiff, and good cause appearing therefore, the Initial Case Management Conference in the action is hereby continued to September 1, 2008, at 4:00 p.m.  If the matter has not been dismissed prior to July 22, 2008, the parties shall file their Joint Case Management Conference Statement no later than that date.

    IT IS SO ORDERED.

Date:_____

_____
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING INITIAL
CASE MANAGEMENT CONFERECE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28