1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

9

## FOR THE NORTHER DISTRICT OF CALIFORNIA

10

**ORAS KATRINA JAZRAWI**,

11

**Plaintiff,**

12

**vs.**

13

14

**GLASS MOUNTAIN CAPITAL, LLC**,
a Delaware Limited Liability Company,
and

15

16

**NELSON & KENNARD**, a California
business entity of unknown form.

17

18

**Defendants.**

**Case No. 08-CV-01865 MHP**

~~[proposed]~~ **ORDER CONTINUING
INITIAL CASE MANAGEMENT
CONFERENCE**

19

20   Pursuant to the request of Plaintiff, and good cause appearing therefore, the

21   Initial Case Management Conference in the action is hereby continued to

22   September ~~X~~ 8, 2008, at 4:00 p.m.  If the matter has not been dismissed prior to

23   July 22, 2008, the parties shall file their Joint Case Management Conference

24   Statement no later than that date.

25          IT IS SO ORDERED.

26   Date: July 22, 2008

27

28

UNITED S

ORDER CONTINUING INITIAL
CASE MANAGEMENT CONFERECE

IT IS SO ORDERED

Judge Marilyn H. Patel

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff's Request to Continue Case Management Conference

2