Joseph A. Creitz, Cal. Bar No. 169552
THE LAW OFFICE OF JOSEPH A. CREITZ, P.C.
22 Battery Street, Suite 1000
San Francisco, CA 94111
Email: joseph.creitz@gmail.com
Telephone: (415) 269-3675
Facsimile: (415) 513-4775

Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ORAS KATRINA JAZRAWI**, <br><br> **Plaintiff,** <br><br> vs. <br><br> **GLASS MOUNTAIN CAPITAL, LLC**, a Delaware Limited Liability Company, and <br> **NELSON & KENNARD**, a California business entity of unknown form. <br><br> **Defendants.** | **Case No. C-08-01865 MHP** <br><br><br> **NOTICE OF DISMISSAL OF ENTIRE ACTION** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice of the dismissal *with prejudice* of all claims and causes of action as against all defendants.

DATED: August 25, 2008

                                                   Respectfully submitted,
                                                   LAW OFFICE OF JOSEPH A. CREITZ, P.C.

                                                   /s/ Joseph A. Creitz
                                                   Joseph A. Creitz
                                                   Attorney for Plaintiff

**Case No. C-08-08165 MHP**
**NOTICE OF DISMISSAL OF ENTIRE ACTION**