Joseph A. Creitz, Cal. Bar No. 169552
THE LAW OFFICE OF JOSEPH A. CREITZ, P.C.
22 Battery Street, Suite 1000
San Francisco, CA 94111
Email: joseph.creitz@gmail.com
Telephone: (415) 269-3675
Facsimile: (415) 513-4775

Attorney for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORAS KATRINA JAZRAWI,<br><br>**Plaintiff,**<br><br>vs.<br><br>**GLASS MOUNTAIN CAPITAL, LLC,** a Delaware Limited Liability Company, and<br>**NELSON & KENNARD**, a California business entity of unknown form.<br><br>**Defendants.** | **Case No. C-08-01865 MHP**<br><br>**NOTICE OF DISMISSAL OF ENTIRE ACTION** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice of the dismissal *with prejudice* of all claims and causes of action as against all defendants.

DATED:  August 25, 2008

Respectfully submitted,
LAW OFFICE OF JOSEPH A. CREITZ

/s/ Joseph A. Creitz
Joseph A. Creitz
Attorney for P

IT IS SO ORDERED

Judge Marilyn H. Patel

**Case No. C-08-08165 MHP**
**NOTICE OF DISMISSAL OF ENTIRE ACTION**